IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
NOV 06 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–10–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CURTIS DION EARLEY, | |
| Defendant. | |

Before the Court is Defendant Curtis Dion Earley's Unopposed Motion to Extend Deadline to File Presentence Report Objections. (Doc. 23.)

IT IS ORDERED that the motion (Doc. 23) to extend the deadline to file presentence report objections is GRANTED. The Presentence Report Objections shall be filed on or before November 6, 2018.

DATED this 6th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court

1